# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.T., as parent and guardian of R.T., a minor,<br><br>   Plaintiff,<br><br>v.<br><br>MOUNTAIN WEST MONTESSORI ACADEMY, a Utah Public Charter School,<br><br>   Defendant. | **JUDGMENT IN CIVIL CASE**<br><br>Case No. 2:19-cv-00865-DAO<br><br>Magistrate Judge Daphne A. Oberg |

   IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed without prejudice for failure to prosecute.

   DATED this 30th day of June, 2020.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge